Form ntcdef (06/2014)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re: Antonio Francine Flight and Kim Lynnice Flight

Debtor(s).

Case No.: 14–16434–TWD
Chapter: 13

---

## NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **August 28, 2014**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) with the court on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**      **September 4, 2014**

Chapter 7, 12, or 13 $100.00 Initial Installment Payment, or

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**

None

**CREDIT COUNSELING REQUIREMENT:**

This requirement has been satisfied

DATED: **August 28, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　Mark L. Hatcher
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards*
*from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.