NATHAN F. SMITH, WSBA #43160
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Telephone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

Attorneys for Bank of America, N.A.

Judge Timothy W. Dore
Chapter 13
Hearing Date: November 5, 2014
Time: 9:30 AM

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON, SEATTLE DIVISION

| | |
|---|---|
| In re:<br><br>ANTONIO FRANCINE FLIGHT AND KIM LYNNICE FLIGHT,<br><br>Debtors. | Bankruptcy Case No. 14-16434-TWD<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br><u>CONFIRMATION HEARING:</u><br>**Date:** November 5, 2014<br>**Time:** 9:30 AM<br>**CTRM:** 8106 |

**TO THE HONORABLE TIMOTHY W. DORE, U.S. BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTORS, AND THE DEBTORS' COUNSEL:**

Bank of America, N.A., the holder of a secured claim and party-in-interest, ("BOA"), hereby objects to confirmation of the Debtors' Chapter 13 Plan ("Plan").

BOA is the holder of a claim secured only by a security interest in the real property commonly known as 11604 Rainer Ave S Unit 201, Seattle, WA 98178-3946. The total amount due and owing under the promissory note is approximately $273,705.40 and the pre-petition arrearage is approximately $93,559.93. §1322(b)(2) provides, in relevant part, as follows:

(b) Subject to subsections (a) and (c) of this section, the plan may--

. . .

(2) modify the rights of holders of secured claims, other than a claim secured only

by a security interest in real property that is the Debtor's principal residence

. . .

(5) notwithstanding paragraph (2) of this subsection, provide for the curing of any default within a reasonable time and maintenance of payments while the case is pending on any unsecured claim or secured claim on which the last payment is due after the date on which the final payment under the plan is due; . . .

BOA objects to confirmation of the Plan on the following grounds:

(1) The Debtors' Plan does not provide for repayment of the pre-petition arrearages owed to BOA. Moreover, the Debtors' Plan also fails to provide that post-petition monthly mortgage payments are to be tendered to BOA. Therefore, the Plan fails to comply with § 1322 (b)(5) and § 1325.

Based upon the foregoing, BOA respectfully requests that the Court deny confirmation of the Plan, or, in the alternative, order that the Plan be amended to provide for full payment of BOA's pre-petition arrearage and post-petition monthly mortgage payments.

DATED: October 21, 2014

Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

*/s/ Nathan F. Smith*
NATHAN F. SMITH
Attorney for Bank of America, N.A.
Telephone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

<strong>PROOF OF SERVICE</strong>

STATE OF CALIFORNIA

                             ss.

COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, CA 92612.

On October 22, 2014, I served the following document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

<u>DEBTOR</u>
Antonio Francine Flight
327 29th Ave S
Seattle, WA 98122

Kim Lynnice Flight
327 29th Ave S
Seattle, WA 98122

<u>DEBTORS' ATTORNEY</u>
Erin Lane
1218 3rd Ave.
Suite 500
Seattle, WA 98101

<u>CHAPTER 13 TRUSTEE</u>
K Michael Fitzgerald
600 University St #2200
Seattle, WA 98101

I declare under penalty of perjury that the foregoing is true and correct.
Executed on October 22, 2014 at Irvine, California.

*/s/Michael Levine*
Michael Levine

OBJECTION TO PLAN             -3-            ML/B25427