Judge: Timothy W. Dore
Chapter: 13
Hearing Date: December 17, 2014
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle,WA 98101
Response Date: December 10, 2014

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| In Re: ANTONIO FRANCINE FLIGHT AND KIM LYNNICE FLIGHT, Debtors. | IN CHAPTER 13 PROCEEDING NO. 14-16434 NOTICE OF MOTION AND HEARING |
|---|---|

PLEASE TAKE NOTICE that the Chapter 13 Trustee's **Motion to Dismiss Case** IS SET FOR HEARING as follows:

Judge: Timothy W. Dore

Place: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle,WA 98101

Date: December 17, 2014

Time: 9:30 am

IF YOU OPPOSE the motion, you must file your **written response** with the Court Clerk and serve two (2) copies on the Chapter 13 Trustee NOT LATER THEN THE RESPONSE DATE, which is December 10, 2014.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Date: October 28, 2014

/s/K. Michael Fitzgerald
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Trustee



Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

Judge: Timothy W. Dore
Chapter: 13
Hearing Date: December 17, 2014
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle,WA 98101
Response Date: December 10, 2014

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In Re:<br><br>ANTONIO FRANCINE FLIGHT AND<br>KIM LYNNICE FLIGHT,<br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 14-16434<br><br>TRUSTEE'S MOTION TO DISMISS CASE |

The Trustee moves to dismiss this case as follows:

The debtors filed a plan on August 28, 2014 (ECF No. 2).

(1) According to Springleaf Financial Services (ECF Claim No. 7), the debtor is $499.52 delinquent on her second mortgage on the real property at 327 29th Avenue, Seattle, Washington. The debtors need to amend the plan to provide for payment of Springleaf through the plan (i.e., the Trustee will make the ongoing and pre-petition delinquency payment from debtors' plan payments). Local Bankr. R. 3015-1(j). (2) The debtors' Schedule A (ECF No. 1) fails to include the debtors' interest in the real property at 11604 Rainier Avenue South, Unit 201, Seattle, Washington. (3) The debtors' plan fails to provide for the real property at 11604 Rainier Avenue South, Unit 201, Seattle, Washington. Bank of America also pointed out this problem in its objection to confirmation (ECF No. 26). If the debtors intend to surrender the property, they should indicate that. (4) The debtors' plan is not feasible. To pay the mortgages on the real property at 327 29th Avenue, Seattle, Washington and the debtors' other obligations, the debtors would need to increase their monthly plan payment to approximately $3,500.00. That amount is an estimate, however, as the senior mortgage creditor has not filed its claim for the real property at 327 29th Avenue, Seattle, Washington. (5) The Trustee reserves the right to assert additional bases for this pleading.

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

THE TRUSTEE REQUESTS:

An order dismissing this case.

Dated: October 28, 2014

/s/ K. Michael Fitzgerald
K. Michael Fitzgerald, WSBA #8115
Chapter 13 Trustee

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| In Re:<br><br>ANTONIO FRANCINE FLIGHT AND<br>KIM LYNNICE FLIGHT,<br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 14-16434<br><br>*Proposed*<br>ORDER DISMISSING CASE |
|---|---|

THIS MATTER having come before the Court upon the Chapter 13 Trustee's motion to dismiss case, proper notice having been given, and the Court having examined the files and records, having heard any argument of counsel, and being fully advised, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com