Entered on Docket December 12, 2014

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | IN CHAPTER 13 PROCEEDING NO. 14-16434-TWD |
| ANTONIO FRANCINE FLIGHT and | |
| KIM LYNNICE FLIGHT, | ORDER DISMISSING CASE |
| Debtor(s). | |

THIS MATTER came before the Court upon the Chapter 13 Trustee's motion to dismiss case (ECF No. 28), proper notice having been given, the response date having passed and no written response having been filed, and the Court having examined the files and records, having heard any argument of counsel, and being fully advised, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124

ORDER DISMISSING CASE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282